# Ostrolenk Faber LLP
*Intellectual Property Law*

845 Third Avenue
New York, New York 10022
212.596.0500
Fax 212.382.0888
www.ostrolenk.com
email@ostrolenk.com

*Partners*
Robert C. Faber
Max Moskowitz
William O. Gray, III
Kourosh Salehi**
Charles C. Achkar, Ph.D.

*Attorneys*
James A. Finder
Mark A. Farley
Marian E. Fundytus, Ph.D.
Paul Grandinetti*
Ariel S. Peikes
Brandi G. Brenner***

*Patent Agent*
Joseph C. Suhadolnik, Ph.D.

*Jurisdictions*
*DC Bar
**DC & CT Bars
***DC & VA Bars

April 21, 2022

**VIA ECF**
Hon. Judge Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:  *Manhattan Hosiery Company, Inc. v. Metro-Goldwyn-Mayer Studios Inc.*
Civil Action No.: 1:22-cv-00652-DLC

Dear Honorable Judge Cote:

The undersigned is counsel to plaintiff Manhattan Hosiery Company, Inc. and we write to request to adjourn the scheduled conference on April 28, 2022 to June 22, 2022, for the reason indicated below.

Over the past two months, the undersigned counsel has communicated extensively with Defendant's (Metro-Goldwyn-Mayer Studios Inc. ("MGM")) counsel, Jill Pietrini, to resolve the underlying dispute. Since, from the start, the case appeared likely to be settled, the Complaint was not yet served on MGM.

MGM's counsel Ms. Pietrini wrote earlier yesterday that she will accept service by mail, including because it provides a longer period (60 days) for filing the Answer, which Answer, counsel for both parties believe should ultimately not be needed, as the Parties are now closer to settling the matter.

The granting of this request will help the parties to continue evolving the settlement agreement terms without incurring unneeded expenses, which will assist reaching a final agreement on settlement.

```
Granted.  The conference is
adjourned to June 22, 2022
at 2:00 p.m.
Date: April 21, 2022

_____
         DENISE COTE
United States District Judge
```

Respectfully submitted,
OSTROLENK FABER LLP

/s/ Max Moskowitz
Max Moskowitz

*Attorneys for Plaintiff,*
*Manhattan Hosiery Company, Inc.*

cc: Counsel for Defendant (via Email: JPietrini@sheppardmullin.com)

{02751647.1}