```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MANHATTAN HOSIERY COMPANY, INC.,        :
                                        :
                                        :    22cv652 (DLC)
                          Plaintiff,    :
                -v-                     :    ORDER
                                        :
METRO GOLDWYN MAYER STUDIOS INC.,       :
                                        :
                          Defendant.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On June 27, 2022, defendant filed a motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P, or the Court's discretionary powers under 28 U.S.C. § 2201(a).  It is hereby

ORDERED that plaintiff shall file any opposition to the motion to dismiss by **July 18, 2022**.  Defendant's reply, if any, shall be filed by **August 1, 2022**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 27, 2022

                                   _____
                                         DENISE COTE
                                   United States District Judge